# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAVAR NELSON

NO. 2021 KW 0705

OCTOBER 1, 2021

---

In Re:  Lavar Nelson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 97-CR3-70793.

---

**BEFORE:  McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT